AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JEROME L. GRIMES,

                  Plaintiff,

v.

SHERRI GIGER, *et al.*,

                  Defendants.

**JUDGMENT**

Case Number:   3:23-cv-00179-MMD-CSD

---

\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action (ECF No. 1-1) is dismissed without prejudice.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

*CLERK OF COURT*

Date:  September 5, 2023

*Signature of Clerk or Deputy Clerk*